Richard C. J. Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 344-5755 Fax

Attorney for Plaintiff
VIDAL MERIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIDAL MERIDA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CARMEN PICAZO, an individual dba Panaderia Guatelmalteca; JULIO MARTINEZ, an individual; and DOES 1 through 20 inclusive,<br><br>    Defendants. | Civil Action No. CV 13-04778 DMR<br><br>**REQUEST FOR COURTCALL APPEARANCE; [PROPOSED] ORDER**<br>(AS MODIFIED)<br><br>Date:    February 19, 2014<br>Time:    1:30 p.m. |

Plaintiff's counsel hereby requests for permission to appear at the upcoming Case Management Conference of February 19, 2014 at 1:30 pm via CourtCall. The reason for this request is that Plaintiff's counsel resides in Los Angeles and works remotely on cases based in the Northern California district.

Dated: February 18, 2014             Law Offices of Richard Wahng


                                        /s/  RAY H. CHOI_____
                                        Ray H. Choi
                                        Attorney for Plaintiff

1  **[PROPOSED] ORDER** (AS MODIFIED)

2  The request by Plaintiff's counsel Ray H. Choi to appear by CourtCall at the Case
3  Management Conference of February 19, 2014 at 1:30 p.m. for the aforementioned case is
4  hereby GRANTED / ~~DENIED~~.
5  Plaintiff's counsel shall give notice to Defendants' counsel of this Order.  [In addition,
6  the Court makes the further orders stated below:]  Plaintiff's counsel must follow the protocol
7  set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge
8  Donna M. Ryu.
9  IT IS SO ORDERED.
10  Dated:  2/18/14                                    DONNA M. RYU
                                                      UNITED STATES MAGISTRATE JUDGE