UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIDAL MERIDA,                                          No. C-13-04778 DMR

       Plaintiff(s),                              **ORDER OF DISMISSAL**

   v.

CARMEN PICAZO ET.AL.,

       Defendant(s).
_____/

    The court having been advised that the parties have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of service of a copy thereof to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

    IT IS SO ORDERED.

Dated:  October 23, 2014

                                                     DONNA M. RYU
                                                     United States Magistrate Judge